**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isaac J.W. Mullins,<br><br>    Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents. | No. CV-06-1148-PHX-NVW (LOA)<br><br>**ORDER** |

Pursuant to the Court's Order dated July 16, 2008, docket #53, counsel have consulted with the undersigned's judicial assistant to reschedule the deadline for simultaneously submitting to the Court (1) a written list of witnesses to be called during the hearing and the nature and purpose of their testimony; and (2) a written list of exhibits to be presented during the hearing and the nature and purpose thereof, and (3) to set a **firm** date and time for the evidentiary hearing reasonably convenient to counsels' calendars an the Court's availability mindful of what needs to be accomplished prior to the hearing.

Accordingly,

**IT IS ORDERED** the agreed-upon **firm** date and time for the evidentiary hearing is **Tuesday, September 3, 2008 at 2:00 p.m.**

**IT IS FURTHER ORDERED** the agreed-upon deadline for a (1) written list of witnesses to be called during the hearing and the nature and purpose of their testimony;

1 and (2) a written list of exhibits to be presented during the hearing and the nature and
2 purpose thereof shall be no later than **5:00 p.m. on Wednesday, August 20, 2008.**

3     **IT IS FURTHER ORDERED** reminding counsel absent extraordinary
4 circumstances, there shall be **no further continuances** of the subject evidentiary hearing.

5     DATED this 23rd day of July, 2008.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge