**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isaac J. W. Mullins,<br><br>             Petitioner,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>             Respondents. | No. CV-06-1148-PHX-NVW<br><br>**ORDER VACATING ORDER SECURING ATTENDANCE OF PRISONER AT EVIDENTIARY HEARING** |

The Court has been notified by defense counsel that Plaintiff is withdrawing his claim of ineffective assistance of counsel which is the subject of the scheduled Evidentiary Hearing set before the undersigned for Wednesday, September 3, 2008 at 2:00 p.m.

Accordingly,

**IT IS ORDERED vacating** the Court's Amended Order Securing Attendance of Prisoner at Evidentiary Hearing. (docket #54)

**IT IS FURTHER ORDERED directing** the undersigned's staff to fax a copy of this Order to the attention of Shirley Massey, Corrections Records Clerk, II, at the Arizona State Prison, Eyman Unit, at fax number (520) 868-5713.

DATED this 2nd day of September, 2008.

Lawrence O. Anderson
United States Magistrate Judge