**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isaac J. W. Mullins, ) | No. CV-06-1148-PHX-NVW |
| Petitioner, ) | **ORDER** |
| vs. ) | |
| Dora B. Schriro, et al., ) | |
| Respondents. ) | |

The Court has previously vacated it's Amended Order Securing the Attendance of Prisoner, docket #54.    Thereafter, the Court has arranged for  Petitioner Isaac John Mullins, Inmate #158541, to appear telephonically for the scheduled Evidentiary Hearing set for Wednesday, September 3, 2008 at 2:00 p.m.

The Court has arranged through CO III Richard McGraugh for the undersigned's staff to call CO III Richard McGraugh direct at the scheduled date and time and CO III McGraugh will have Petitioner Isaac J. W. Mullins available for the telephonic appearance. The Court will call CO III Richard McGraugh at phone number (520) 868-0201, Extension 5114 promptly at 2:00 p.m. on Wednesday, September 3, 2008.

Accordingly,

**IT IS ORDERED** that Robert Stewart, Warden of the Arizona State Prison Complex in Florence, Arizona, Cook Unit- Eyman, through its employee, CO III Richard McGraugh make the necessary arrangements for Petitioner Isaac J. W. Mullins, Inmate #158541, to receive the

1  Court's call promptly at 2:00 p.m. on Wednesday, September 3, 2008, at the phone number set
2  forth above.
3       **IT IS FURTHER ORDERED directing** the undersigned's staff to fax a copy of this
4  Order to Warden Robert Stewart at the Main Fax number of (520) 868-5333 and to CO III
5  Richard McGraugh's fax number at (520) 868-8527 to the attention of D. W. Bock.
6       DATED this 2nd day of September, 2008.

   Lawrence O. Anderson
   United States Magistrate Judge