**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Isaac J. W. Mullins,       ) | No. CV-06-1148-PHX-NVW |
|                 Petitioner, ) | **ORDER** |
| vs.                        ) |  |
| Dora B. Schriro, et al.,   ) |  |
|                 Respondents.) |  |

The Court has previously issued an Order granting Petitioner's Motion to Allow Witness to Appear by Video Conference at Evidentiary Hearing. (docket #92) The Court's Order directed that Petitioner's counsel shall make all necessary arrangements for Clayton Mullins, who is located at the Utah State Prison to appear by video conference during the evidentiary hearing on September 3, 2008 at 2:00 p.m. Arizona time.

Since that time, the Court's staff has communicated with Sgt. Dan Jorgensen that the Court is now planning on Clayton Mullins appearing *via* telephonically only as opposed to video conference during the evidentiary hearing. The Court's staff has given Sgt. Dan Jorgensen the undersigned's chambers' phone number and verified the staff of the Utah State Prison will place the call promptly at 2:00 p.m., Arizona time, to the undersigned's chambers at phone number (602) 322-7620 and the call will then be transferred into the undersigned's courtroom audio conference line.

Accordingly,

1  **IT IS ORDERED** that the Utah State Prison, through its employees, Sgt. Dan Jorgensen
2  and/or Sgt. Spencer Turley shall make the necessary arrangements to produce inmate Clayton
3  Mullins and place the call to the aforesaid phone number on Wedensday, September 3, 2008,
4  promptly at 2:00 p.m. Arizona time.

5  **IT IS FURTHER ORDERED directing** the undersigned's staff to fax a copy of this
6  Order to Sgt. Dan Jorgensen and Sgt. Spencer Turley to fax number (801) 576-4028.

7  DATED this 2nd day of September, 2008.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge